IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONNIE WAYNE ANDERSON, JR.**                                        **PLAINTIFF**

v.                          No. 4:14–CV–656-JLH–BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Ronnie Wayne Anderson Jr.'s appeal is dismissed, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 15th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE